# Order

**Supreme Court**
**Lansing, Michigan**

October 6, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128467

KEVIN MACLACHLAN, Personal Representative
of the Estate of DAVID MACLACHLAN,
Deceased,
       Plaintiff-Appellant,

v

CITY OF LANSING,
       Defendant,

and

CAPITAL AREA TRANSPORTATION
AUTHORITY and JOHN DOE,
       Defendants-Appellees.

SC: 128467
COA: 252221
Ingham CC: 02-001949-NI

_____/

On order of the Court, the application for leave to appeal the January 20, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 6, 2005



s0929

Clerk